**Order entered March 11, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00012-CV

**MELVIN WEST, Appellant**

**V.**

**SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00176-E**

## ORDER

We **GRANT** the Dallas County District Clerk's March 4, 2013 motion for an extension of time to file the clerk's record. The District Clerk shall file the clerk's record on or before **April 10, 2013**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE